IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANTHONY JAMES JUSTICE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:23-cv-01279 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| DICKSON COUNTY SHERIFF'S OFFICE, | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendant. | ) | |

**ORDER**

Anthony James Justice, an inmate of the Dickson County Jail, filed this action under 42 U.S.C. § 1983 but failed to pay the filing fee or submit an application to proceed as a pauper. On December 8, 2023, the Court ordered Plaintiff to submit an application or pay the filing fee within thirty days. (Doc. No. 3). Furthermore, the Court warned Plaintiff that failure to comply or request an extension of time would result in dismissal. *Id.* at 2. Plaintiff, however, has not complied, or otherwise communicated with the Court, by the deadline. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with the Court's Order. Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962). This form of dismissal allows Plaintiff to initiate a new civil action regarding these or other matters, subject to applicable rules and time limits.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE